USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BENJAMIN,

    Plaintiff,

-against-

CIGNA GROUP INSURANCE, et al.,

    Defendants.

18-CV-7491 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

It appearing to the Court that no action has taken place in this case since February 8, 2019, when plaintiff filed an affidavit of service of the summons and complaint on defendant Life Insurance Co. of North America (LICNA), it is hereby ORDERED that, no later than **January 3, 2020**, plaintiff shall file a status letter updating the Court on the present status of the case, including whether he intends to move for a default judgment against LINCA and whether this action should be dismissed as against the unserved defendant Cigna Group Insurance, or as against all defendants, for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Dated: New York, New York
      December 27, 2019

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**